# Court of Appeals
# of the State of Georgia

ATLANTA, July 19, 2023

*The Court of Appeals hereby passes the following order*

**A23D0362. IN THE INTEREST OF K. M. et al., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2300113 2300114



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, July 19, 2023.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*